IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD EUGENE SNELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-05-861-M |
| ) | |
| LENORA JORDAN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On August 4, 2005, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation [docket no. 5] in this federal habeas action brought pursuant to 28 U.S.C. § 2254. Magistrate Judge Argo recommends that Petitioner's Petition for a Writ of Habeas Corpus be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d)(1). The parties were advised of their right to object to the Report and Recommendation by August 24, 2005. Petitioner timely filed an objection.

The Court has carefully reviewed this matter de novo. The Court agrees with Magistrate Judge Argo's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1) ADOPTS Magistrate Judge Argo's August 4, 2005 Report and Recommendation, and

(2) DISMISSES Petitioner's Petition for a Writ of Habeas Corpus [docket no. 1] pursuant to 28 U.S.C. § 2244(d)(1) on the ground that it is time-barred.

**IT IS SO ORDERED this 25th day of August, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE